

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-16-00368-CR

Peter Mark **LEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 493014
Honorable Genie Wright, Judge Presiding

# O R D E R

Sitting:      Sandee Marion Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Irene Rios, Justice

A jury found Peter Lee guilty of the offense of misdemeanor assault with bodily injury, and the trial court assessed punishment at one year in jail, suspended in favor of two years community supervision. We affirmed the county court's judgment on August 2, 2017. *See Lee v. State*, No. 04-16-00368-CR, WL 3270415 (Tex. App.—San Antonio Aug. 2, 2017 pet. ref'd) (not designated for publication). Thereafter, Lee filed a petition for discretionary review with the Texas Court of Criminal Appeals. That court refused his petition on February 7, 2018.

Lee has now filed with this court an unopposed motion asking that we stay issuance of our mandate, pursuant to Rule 18.2 of the Rules of Appellate Procedure. TEX. R. APP. P. 18.2 (providing for stay of issuance of mandate pending United States Supreme Court disposition of petition for writ of certiorari). In his motion, Lee asserts he will suffer "serious hardship" and "substantial harm" if we issue our mandate and the United States Supreme Court grants him relief.

We **GRANT** Lee's motion and will stay issuance of our mandate until further notice. We also further **ORDER** Lee to file with this court a written status report on or before **June 5, 2018**,

regarding the status of his petition for writ of certiorari in the United States Supreme Court. If Lee fails to file a status report by that date, we will issue our mandate without further notice.

_____
Irene Rios, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

_____
Keith E. Hottle
Clerk of Court